## 67300. FANTROYAL v. HIERS.

POPE, Judge.
Slip and Fall. Based upon the facts of record in this case, the issues raised on appeal are controlled adversely to appellant by the decisions in *Sears, Roebuck & Co. v. Reid,* 132 Ga. App. 136 (207 SE2d 532) (1974), and *Gibson v. Consolidated Credit Corp.,* 110 Ga. App. 170 (138 SE2d 77) (1964). See also *Alterman Foods, Inc. v. Ligon,* 246 Ga. 620 (272 SE2d 327) (1980); *Key v. J. C. Penney Co.,* 165

Ga. App. 176 (299 SE2d 895) (1983); *Winn-Dixie Stores, Inc. v. Hardy,* 138 Ga. App. 342 (4) (226 SE2d 142) (1976). The case relied upon by appellant, *Weight Watchers of Greater Atlanta v. Welborn,* 165 Ga. App. 290 (299 SE2d 760) (1983), is factually distinguishable from the case at bar.

*Judgment affirmed. Quillian, P. J., and Sognier, J., concur.*

DECIDED FEBRUARY 13, 1984.

*M. Dean Hall,* for appellant.
*Daniell S. Landers, Terry A. Dillard,* for appellee.

*Judgment affirmed. Quillian, P. J., and Sognier, J., concur.*